UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2019

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Raftis, Lissa M. | Docket No. | 2:18CR00019-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Lissa M. Raftis, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 22nd day of January 2018, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Lissa M. Raftis is alleged to have tested positive for the presence of amphetamine and methamphetamine on December 11, 2018.

On January 23, 2018, the conditions of pretrial release supervision were reviewed with Ms. Raftis. She acknowledged an understanding of her conditions, which included condition number 9.

On December 11, 2018, Ms. Raftis reported to Pioneer Human Services and submitted a urine sample that tested presumptive positive for the presence of amphetamine and methamphetamine. The urine sample was sent to Alere Toxicology (Alere) for further analysis.

On December 20, 2018, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

On January 4, 2019, the undersigned officer confronted Ms. Raftis about testing positive for amphetamine and methamphetamine. Ms. Raftis denied using any illegal controlled substances at that time.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

|  |  |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: January 9, 2019 |
| by | s/Erik Carlson |
| | Erik Carlson |
| | U.S. Pretrial Services Officer |

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

1/9/2019

Date